United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EBBAL CHAVEZ CARREON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03820 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Ebbal Chavez Carreon, filed this petition to challenge his ongoing immigration detention. Pending is Respondents' motion to dismiss for mootness, advising the Court that Petitioner has been removed from the United States. Doc. No. 5. Petitioner does not dispute that he has been removed and that this case is moot.

Because Petitioner is no longer in custody and there is no viable controversy regarding his current detention, the petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. Respondents' motion to dismiss (Doc. No. 5) is **GRANTED.**
2. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

3. All other pending motions, if any, are **DENIED as MOOT.**

4. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this 13th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE